STATE OF NEW JERSEY v. ALEXANDER HALL.

October 3, 1972.  Petition for certification denied.

STATE OF NEW JERSEY v. CURTIS GREER.

November 17, 1972.  Petition for certification denied.

STATE OF NEW JERSEY v. FREDERICK STATEN.

December 19, 1972.  Petition for certification granted.

STATE OF NEW JERSEY v. CHARLES K. AKERS.

March 28, 1973.  Petition for certification denied.

STATE OF NEW JERSEY v. BEVERLY PEACE.

March 28, 1973.  Petition for certification granted.

STATE OF NEW JERSEY v. DANIEL J. MALANKA.

March 28, 1973.  Petition for certification denied.